**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES T. DICKSON,                                                    PLAINTIFF
ADC #128747

v.                          No. 5:14CV00409 JLH/JTR

CHUCK GLADDEN, Chaplain,
Delta Regional Unit, ADC, et al.                               DEFENDANTS

**ORDER**

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Thomas J. Ray and plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS, THEREFORE, ORDERED that:

      1.     Plaintiff's cause of action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

      2.     Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

      3.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

      SO ORDERED this 8th day of December, 2014.

                                                                               _____
                                                                               J. LEON HOLMES
                                                                               UNITED STATES DISTRICT JUDGE