IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES T. DICKSON,                                                                                          PLAINTIFF
ADC #128747

v.                                              No. 5:14CV00409 JLH/JTR

CHUCK GLADDEN, Chaplain,
Delta Regional Unit, ADC, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

IT IS SO ORDERED this 8th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE